UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    **UNSEALING ORDER**
                                 :
            - v. -               :    S3 21 Cr. 692
                                 :
JUAN FELIPE SANTIBANEZ CARDONA,  :
                                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X

    Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Matthew J.C. Hellman and David J. Robles;

    It is found that the Indictment in the above-captioned action, S3 21 Cr. 692, is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       July 19, 2023

                                                _____
                                                HONORABLE STEWART D. AARON
                                                UNITED STATES MAGISTRATE JUDGE