USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

       21-CR-692 (VEC)

JUAN FELIPE SANTIBANEZ and REHINNER MONTOYA-GARCIA,

       ORDER

              Defendants.

------------------------------------------------------------------ X

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on July 19, 2023, the Superseding Indictment (S2) and the Superseding Indictment (S3) in this matter were unsealed; and

WHEREAS the Court has referred the presentments and arraignments of each Defendant to Magistrate Judge Court.

IT IS HEREBY ORDERED that the Court will hold an initial status conference in this matter on **Friday, July 21 2023, at 4:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  July 20, 2023**
       New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**