USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA                          :
                                                  :
                    -against-                     :
                                                  :            21-CR-692 (VEC)
                                                  :
JUAN FELIPE SANTIBANEZ, REHINNER                  :            ORDER
MONTOYA-GARCIA, and OSCAR HENAO-                  :
MONTOYA                                           :
                              Defendants.         :
                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 10, 2023, the Court referred the presentment and arraignment of Mr. Henao-Montoya to Magistrate Judge Court.

IT IS HEREBY ORDERED that the Court will hold a status conference in this matter with all Defendants who have arrived in the United States on **Tuesday, August 15, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that, to the extent the Government intends to unseal any further indictments with respect to Mr. Henao-Montoya, it must file an unsealing motion by **Friday, August 11, 2023**.

**SO ORDERED.**

Date:  **August 10, 2023**
          **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**