USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   UNITED STATES OF AMERICA                 :
                                                           :
              -against-                         :
                                                           :          21-CR-692 (VEC)
                                                           :
   JUAN FELIPE SANTIBANEZ and REHINNER    :          ORDER
   MONTOYA-GARCIA,                              :
                                 Defendants.    :
                                                           :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference in this matter is scheduled for November 1, 2023; and

      WHEREAS this time is no longer convenient for the Court.

      IT IS HEREBY ORDERED that the Court will hold that the status conference in this matter is ADJOURNED to **Friday, November 17, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.


**SO ORDERED.**

Date:  **September 25, 2023**                           _____
       **New York, NY**                                       **VALERIE CAPRONI**
                                                           **United States District Judge**