UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/16/2023__
```

---------------------------------------------------------------X

UNITED STATES OF AMERICA  :
                          :
        -against-         :
                          :            21-CR-692 (VEC)
                          :
JUAN FELIPE SANTIBANEZ, OSCAR HENAO  :            ORDER
MONTOYA, REHINNER MONTOYA-GARCIA,    :
and OLMES DURAN-IBARGUEN             :
                    Defendants.      :
                          :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        IT IS HEREBY ORDERED that the Government must be prepared with an update on the

extradition status of Olmes Duran-Ibarguen at the November 17, 2023, status conference.


**SO ORDERED.**

**Date:  November 16, 2023**
**        New York, NY**                              **VALERIE CAPRONI**
                                                      **United States District Judge**