USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

21-CR-692 (VEC)

JUAN FELIPE SANTIBANEZ, OSCAR HENAO MONTOYA, REHINNER MONTOYA-GARCIA, and OLMES DURAN-IBARGUEN

ORDER

Defendants.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned on November 17, 2023, for a status conference.

IT IS HEREBY ORDERED that jury selection and trial in this matter will begin on **Monday, September 9, 2024, at 10:00 A.M.**[1] The final pretrial conference will be held on **Thursday, September 5, 2024, at 2:30 P.M.** Any pretrial motions are due by **Friday, May 17, 2024**. The Government's opposition to any pretrial motions is due **Friday, May 31, 2024**, and replies are due **Friday, June 7, 2024**. Any hearing on the pretrial motions will be held on **Friday, June 28, 2024, at 2:30 P.M.**

Motions *in limine* are due on **Friday, July 12, 2024**, and responses are due on **Friday, July 26, 2024**. Requests to charge and *voir dire* are due on **Friday, August 9, 2024**.

All proceedings will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The Court encourages the Defendants to file any motions, requests to charge, and proposed *voir dire* jointly to the extent possible.

**SO ORDERED.**

Date: November 17, 2023
New York, NY

VALERIE CAPRONI
**United States District Judge**

---

[1] The parties are advised that this constitutes a change from what was announced at the status conference.