USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
   UNITED STATES OF AMERICA              :
                                                   :
          -against-                            :
                                                   :              21-CR-692 (VEC)
                                                   :
   JUAN FELIPE SANTIBANEZ, OSCAR HENAO   :              ORDER
   MONTOYA, REHINNER MONTOYA-GARCIA,   :
   and OLMES DURAN-IBARGUEN                 :
                               Defendants.   :
                                                   :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS jury selection and trial in this matter are currently scheduled to begin on Monday, September 9, 2024, at 10:00 A.M, and a Final Pretrial Conference is currently scheduled for Thursday, September 5, 2024, at 2:30 P.M., *see* Order, Dkt. 39; and

       WHEREAS those times are no longer convenient for the Court;

       IT IS HEREBY ORDERED that jury selection and trial are ADJOURNED until **Monday, September 30, 2024, at 10:00 A.M.** and the Final Pretrial Conference is ADJOURNED until **Thursday, September 26, 2024, at 2:30 P.M.**  All case deadlines remain in place.

**SO ORDERED.**

**Date:  January 30, 2024**
      **New York, NY**                                                     **VALERIE CAPRONI**
                                                             **United States District Judge**