

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**UNDER SEAL**

January 20, 2022

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

DOC 1-5    [handwritten] 1/3/22

Re: *United States v. Oscar Henao-Montoya, et al.*, 21 Cr. 692 (UA); *Oscar Henao-Montoya*, S1 21 Cr. 692 (UA); *Rehinner Montoya-Garcia*, S2 21 Cr. 692 (UA), *Juan Felipe Santibanez*, S3 21 Cr. 692 (UA), and *Olmes Duran-Ibarguen*, S4 21 Cr. 692 (UA)

Dear Judge Cave:

The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictments and related arrest warrants for Oscar Henao-Montoya, Rehinner Montoya-Garcia, Juan Felipe Santibanez, and Olmes Duran-Ibarguen. We request that the indictments and warrants be unsealed for the limited purpose of providing the same to foreign and domestic law enforcement and other government authorities in connection with requests to other countries for the defendants' extradition and/or expulsion to this country. We request that the indictments and warrants otherwise remain sealed until further order of the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Matthew Hellman / Samuel Adelsberg
Assistant United States Attorneys
(212) 637-2278 / 2494

SO ORDERED:

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE