USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
-against- : 21-CR-692 (VEC)
:
JUAN FELIPE SANTIBANEZ CARDONA, :
: ORDER
Defendant. :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that the change-of-plea hearing in this matter will be held at **2:15 P.M. on Wednesday, May 29, 2024**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: May 15, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**