UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
               :
UNITED STATES OF AMERICA               :
               :
      -against-               :         21-CR-692 (VEC)
               :
JUAN FELIPE SANTIBANEZ CARDONA,    :         <u>ORDER</u>
               :
          Defendant.      :
               :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a change-of-plea hearing on May 29, 2024; and

WHEREAS at the hearing, the Defendant entered a plea of guilty to a lesser included offense of conspiring to import into the United States 500 grams and more of cocaine (Count One of the Indictment), which was accepted by the Court.

IT IS HEREBY ORDERED that the sentencing hearing in this matter will be held at **Monday, October 21, 2024, at 10:30 A.M.**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' sentencing submissions are due **October 7, 2024**.

**SO ORDERED.**

**Date:  May 29, 2024**
      **New York, NY**
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**