**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024

**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

October 1, 2024

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:   *United States v. Juan Felipe Santibanez Cardona,* 21 CR 692 (VEC)

Dear Judge Caproni:

   I represent Juan Felipe Santibanez Cardona. Mr. Santibanez's case is currently scheduled for sentencing on October 21, 2024, at 10:30 a.m. I write to ask that the matter be adjourned for three weeks. As the Court knows, the final pre-sentence report was filed yesterday. I am requesting some additional time to review the final report with Mr. Santibanez, who is incarcerated at MDC, ahead of filing my submission. Additionally, I am awaiting some additional documents from Mr. Santibanez that I would like to include in my submission. I believe a three-week adjournment would be sufficient for me to receive these additional documents. This is my first request to adjourn the proceeding, and the Government does not object.

Respectfully Submitted,

/s/
_____
John P. Buza

cc.:   AUSA David Robles (via ECF)

---

Application GRANTED. Mr. Santibanez's sentencing, currently scheduled for October 21, 2024, is ADJOURNED to **Monday, November 25, 2024, at 3:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due **November 12, 2024.**

SO ORDERED.

*[signature]* 10/2/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE