UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA                   :
:
-against-                  :        21-CR-692 (VEC)
:
JUAN FELIPE SANTIBANEZ CARDONA,            :        <u>ORDER</u>
:
Defendant.         :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Santibanez Cardona's sentencing, currently scheduled for November 25, 2024, is ADJOURNED to **Tuesday, November 26, 2024, at 10:30 A.M.**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  November 13, 2024
         New York, NY

                                                      **VALERIE CAPRONI**
                                                 **United States District Judge**