Ulloa Valle Colombia, 01/07/2026

Su señoría: Naomi Buchwald.
Juez Federal, distrito sur de Nueva York.

Cordial saludo.

Mi nombre es Ofelia Riaño Peláez, con cédula ▮▮▮▮▮▮. Directora Terapéutica del Centro de Rehabilitación Aprendiendo a Vivir de Ulloa Valle.

Le hablo con la intención de pedir excusas por los malos actos del joven Juan Felipe Santibáñez, el ha sido un joven influenciable que ha tratado de superar la enfermedad de la adicción a las sustancias psicoactivas, estando en tratamiento terapéutico en varias ocasiones, me consta que Juan Felipe Santibáñez es un hombre de buenos valores, un apoyo fundamental para su familia, que actúa mal en momentos, debido a su enfermedad adictiva, le solicito respetuosamente clemencia y consideración a la hora de dictar sentencia.

Agradezco profundamente su atención y consideración al leer esta carta.

Atentamente:
Ofelia Riaño Peláez
Dir: ▮▮▮▮▮▮▮▮▮▮▮▮.
Tel: ▮▮▮▮▮▮.

Ulloa, Valle, Colombia – January 7, 2026

The Honorable Naomi Buchwald
Federal Judge, Southern District of New York

Greetings.

My name is Ofelia Riaño Peláez (ID No. ███████), and I am the Therapeutic Director of the Aprendiendo a Vivir (Learning to Live) Rehabilitation Center in Ulloa, Valle.

I am writing to express my apologies for the misconduct of the young man Juan Felipe Santibáñez. He is a young man easily influenced by others who has struggled to overcome substance use disorder, having undergone therapeutic treatment on several occasions. I can attest that Juan Felipe Santibáñez is a man of good values and a vital support to his family; he acts improperly at times due to his addiction. I respectfully request leniency and consideration when the sentence is handed down.

I deeply appreciate your attention and consideration in reading this letter.

Sincerely,
Ofelia Riaño Peláez
Address: ████████████████████.
Telephone: ██████████.