From:

Subject: **Petition for compassion**
Date: Jul 5, 2026 at 7:32:03 AM
To:
Cc:

**Honorable Judge Naomi Buchwald**
**Federal Judge**
**Southern District NY**

**Good morning your honor;**

**With all do respect, I Mariela Cardona, mother of Santibanez Cardona Juan, approach you to elevate my petition for clemency and compassion with my son. As a mother I completely understand he has failed his family and society with his wrongful and misguided behavior, but**

knowing the level of his remorsefulness, deep in my heart I have embraced the hope that he shall accept the advise and adopt the exemplary life of the members of  my family and the  resources necessary to reintegrate himself as a productive and law abiding member of society.

Sincerely,
Mariela Cardona