Honorable Judge
Naomi Buchwald

Salutations ma'am, my name is Isabella Santibanez. I am Juan Felipe Santibanez Cardona's daughter currently 19 but will be 20 on July 24th. Last I wrote about my father's case, he and I weren't However, that has changed, for the past 2 years my dad has worked to rebuild our relation He calls me, knows about my job and my life.

I have truly noticed a change in him, and because of that I thank our justice system. My has been able to open up and face the consequences of his drug addiction, which made hi person I no longer knew. These past 2 years of talking to my dad have felt like I am able to with him the way I did at a young age.

Whenever, my dad calls he tells me about all the things he has been doing, like working or sociali this shows me he can be a functioning member of society. I truly think my dad has been al See and learn from his wrong doings. As I shared, my dad did miss sometime in my life, but he has shown how remorseful he is. I am almost 20, I hope to be married and have my first child by the of 26, I am a first gen college student graduating with my associates degree next spring. The truth is, the my dad is there the more he will miss out on my life. I understand he needs to do his time, I just want know someone is waiting on his freedom.

Thank you for reading this letter and for listening to what I had to say. I love my d and I know he is trying.

With all my respect,
        Isabella Santibanez

p.s: go SPURS!! I also live in San Antonio Texas ☺ and was unable to make it in person due to w



*attatched a picture so you know I'm a real person!